_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/16/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-06045 |
| BRANDON AND ANNA LAWRENCE, ) | Chapter 11 |
| ) | Judge Randal S. Mashburn |
| Debtors. ) | |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION TO MODIFY INDIVIDUAL CHAPTER 11 PLAN TO EXTEND EFFECTIVE DATE OF THE PLAN**

THIS MATTER IS BEFORE THE COURT upon the Reorganized Debtors' *Motion to Modify Individual Chapter 11 Plan to Extend Effective Date of the Plan* (the "Motion"), with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing before the specified date on the notice of the proposed action, the Motion is well taken and shall be GRANTED.

It is therefore ORDERED that:

1. The Reorganized Debtors' confirmed Chapter 11 plan shall be, and hereby is, modified to extend the Effective Date of the Plan to October 1, 2020.

2. There shall be no changes to the amount of guaranteed distributions to any claimant or class of claimants in the Plan.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FRONT PAGE*

APPROVED FOR ENTRY:

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
*Counsel for the Debtors*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-06045    Doc 67    Filed 07/16/20    Entered 07/16/20 14:47:50    Desc Main Document    Page 2 of 2